UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA J. TAYLOR, | ) | |
| | ) | CASE NO. 1:03CV1297 |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE HEMANN |
| vs. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum Opinion filed May 8, 2005, the court grants the motion of defendant, City of Cleveland, for summary judgment and dismisses plaintiff, Linda J. Taylor, complaint with prejuice.

IT IS SO ORDERED.

Date: May 9, 2005                             /s/ Patricia A. Hemann
                                              U.S. MAGISTRATE JUDGE